People v Ramirez (2023 NY Slip Op 03146)

People v Ramirez

2023 NY Slip Op 03146

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, AND OGDEN, JJ.

497 KA 22-01670

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ARMANDO RAMIREZ, DEFENDANT-APPELLANT. 

BANASIAK LAW OFFICE, PLLC, SYRACUSE (PIOTR BANASIAK OF COUNSEL), FOR DEFENDANT-APPELLANT. 

 Appeal from an order of the Steuben County Court (Patrick F. McAllister, A.J.), entered September 15, 2022. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court